W. WEST ALLEN
Nevada Bar. No. 5566
RYAN T. O'MALLEY
Nevada Bar No. 12461
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
wwa@h2law.com
rto@h2law.com



*Attorneys for Defendant, Zhou J. Ye*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PROTHERA, INC. d/b/a SFI USA,<br><br>　　　　　Plaintiff,<br>v.<br>ZHOU J. YE and JOHN DOES 1 THROUGH 10,<br><br>　　　　　Defendants. | Case No.: 3:18-cv-00410-MMD-WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, 6-2, and LR 7-1 Plaintiff PROTHERA, INC. d/b/a SFI USA ("Plaintiff") and Defendant ZHOU J. YE ("Defendant") by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Plaintiff commenced this action by filing a Complaint (ECF No. 1) on August 24, 2018. Plaintiff served Defendant with the Complaint on or about September 6-7, 2018. Defendant Ye does not challenge the sufficiency of service.

2. The current deadline to answer or otherwise respond to the Complaint is September 28, 2018. There have been no previous requests to extend the time to answer or otherwise respond to Plaintiff's Complaint. The parties have discussed a settlement to this matter but have been unable to reach a resolution at this time.

/ / /

THEREFORE, Plaintiff and Defendant hereby stipulate and agree that Defendant's time to answer or otherwise respond to Plaintiff's Complaint shall be extended to and include Thursday, October 11, 2018.

DATED this 28th day of September, 2018.　　　DATED this 28th day of September, 2018.

ROBINSON, SHARP, SULLIVAN & BRUST　　HOWARD & HOWARD ATTORNEYS PLLC

/s/ Frank C. Gilmore
Frank C. Gilmore
71 Washington Street
Reno, Nevada 89503

*Attorneys for Plaintiff*

/s/ W. West Allen
W. West Allen
Ryan T. O'Malley
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, Nevada 89169

*Attorneys for Defendant*

ORDER

**IT IS SO ORDERED:**

By: _____
UNITED STATES MAGISTRATE JUDGE

DATED: 1st day of October 2018.