UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

PROTHERA, INC., d/b/a SFI USA,

        Plaintiff(s),

vs.

ZHOU J. YE and JON DOES 1 THROUGH 10

        Defendant(s).

Case #3:18-cv-00410-MMD-CBC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    Glenn M. Azzinari, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

A.Y. Strauss
(firm name)

with offices at 101 Eisenhower Parkway, Suite 300,
(street address)

Roseland, New Jersey, 07068,
(city) (state) (zip code)

973-287-0958, gazzinari@aystrauss.com.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Prothera, Inc., d/b/a SFI USA to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  June 10, 1992 , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of  New York 
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court for Southern District of NY | 2003 (approx.) | 2482826 (NY) |
| U.S. District Court for Eastern District of NY | 2004 (approx.) | 2482826 (NY) |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

Rev. 5/16

1  6.   That Petitioner has never been denied admission to the State Bar of Nevada. (Give
2  particulars if ever denied admission):

None

6  7.   That Petitioner is a member of good standing in the following Bar Associations.

New York State Bar Association

10  8.   Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2
11 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9.   Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.  Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.  Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

| | |
|---|---|
| 1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court |
| 2 | FOR THE PURPOSES OF THIS CASE ONLY. |

_____
Petitioner's signature

STATE OF _____New Jersey_____ )
)
COUNTY OF _____Essex_____ )

_____Glenn M. Azzinari_____, Petitioner, being first duly sworn, deposes and says:
That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_27th_ day of _November_, _2018_.

Christopher S Newkirk
Notary Public of New Jersey
Commission Expires 4/12/2023
ID Number: 2432585

_____
Notary Public or Clerk of Court

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Frank C. Gilmore_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____71 Washington Street_____,
(street address)

_____Reno_____, _____Nevada_____, _____89503_____,
(city) (state) (zip code)

_____(775) 329-3151_____, _____fgilmore@rssblaw.com_____.
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Frank C. Gilmore_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

ProThera, Inc. d/b/a SFI USA, General Manager
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

10052                   fgilmore@rssblaw.com
Bar number              Email address

APPROVED:

Dated: this __6th__ day of __December__, 20__18__.

_____
UNITED STATES DISTRICT JUDGE

Rev. 5/16



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Glenn Mark Azzinari** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 10th day of June 1992, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on November 20, 2018.

*Aprilanne Agostino*

Clerk of the Court

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Robison, Sharp, Sullivan & Brust, and that on this date I caused to be served a true copy of **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** on all parties to this action by the method(s) indicated below:

___ by placing an original or true copy thereof in a sealed envelope, with sufficient postage affixed thereto, in the United States mail at Reno, Nevada, addressed to:

>   Ryan O'Malley, Esq.
>   HOWARD & HOWARD ATTORNEYS PLLC
>   3800 Howard Hughes Pkway., Suite 1000
>   Las Vegas, Nevada 89169
>   *Attorneys for Defendant*

_X_ by using the Court's CM/ECF Electronic Notification System addressed to:

>   Ryan O'Malley, Esq.
>   Email: rto@h2law.com
>
>   *Attorneys for Defendant*

___ by placing an original or true copy thereof in a sealed envelope for personal delivery/hand delivery of original addressed to:

___ by facsimile (fax) addressed to:

___ by Federal Express/UPS or other overnight delivery addressed to:

DATED: This 5TH day of December, 2018.

*/s/ Mary Carroll Doon*