**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PROTHERA, INC. d/b/a SFI USA,<br><br>　　　　Plaintiff,<br>v.<br><br>ZHOU J. YE and JOHN DOES 1 THROUGH 10,<br><br>　　　　Defendants. | Case No.: 3:18-cv-00410-MMD-WGC<br><br>**ORDER RE:**<br><br>**STIPULATION EXTENDING DEADLINE TO FILE OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Plaintiff Prothera, Inc. ("Prothera") filed a Motion for Partial Summary Judgment ("Motion") in this matter on September 18, 2019. An Opposition to the Motion is currently due on October 9, 2019. Prothera and Defendant Zhou J. Ye ("Ye") (collectively the "Parties") hereby stipulate to continue Ye's Opposition deadline through Monday, October 14, 2019.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .;

This brief continuance is necessary to allow Defendant to finalize a declaration in support of his Opposition based upon the sales information underlying this transaction. Defendant's counsel appreciates the professional courtesy.

DATED this 9th day of October, 2019.

ROBINSON, SHARP, SULLIVAN & BURST

/s/     Frank C. Gilmore
Frank C. Gilmore (Bar No. 10052)
71 Washington Street
Reno, NV 89503
*Attorneys for Plaintiff*

DATED this 9th day of October, 2019.

HOWARD & HOWARD

/s/     Ryan T. O'Malley
W. West Allen (Bar No. 5566)
Ryan T. O'Malley (Bar No. 12461)
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, Nevada 89169
*Attorneys for Defendant*

## **ORDER**

For good cause shown, IT IS HEREBY ORDERED that Defendant's deadline to respond to Plaintiff's Motion for Partial Summary Judgment is CONTINUED through October 14, 2019.

DATED this 11th day of October 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE