FRANK C. GILMORE, ESQ.
State Bar No. 10052
ROBISON, SHARP, SULLIVAN & BRUST
71 Washington Street
Reno, Nevada 89503
Telephone (775) 329-3151

*Attorney for Plaintiff*
*ProThera, Inc. d/b/a SFI USA*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PROTHERA, INC. d/b/a SFI USA,<br><br>Plaintiff,<br><br>vs.<br><br>ZHOU J. YE and JOHN DOES 1 THROUGH 10,<br><br>Defendants. | Case No. 3:18-cv-00410-MMD-CBC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties, by and through their respective counsel, agree and stipulate to dismiss the above-captioned matter with prejudice, with each side to bear their own fees and costs.

The parties therefore respectfully submit this Stipulation and Order for Dismissal With Prejudice for approval by this Court.

Dated this 12th day of August, 2020.                 Dated this 12th day of August, 2020.

Robison, Sharp, Sullivan & Brust                Howard & Howard
71 Washington Street                             3800 Howard Hughes Parkway, Ste. 1000
Reno, NV 89503                                    Las Vegas, NV 89169

 /s/ Frank C. Gilmore                             /s/ W. West Allen
Frank C. Gilmore, Esq.                           W. West Allen, Esq.
*Attorney for Plaintiff*                         *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

Dated this 12th day of August, 2020.

_____
United States District Judge

3:18-cv-410-MMD-CLB
Stipulation to dismiss

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of Robison, Sharp, Sullivan & Brust, and that on this date I caused to be served a true copy of **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** on all parties to this action by the method(s) indicated below:

____ by placing an original or true copy thereof in a sealed envelope, with sufficient postage affixed thereto, in the United States mail at Reno, Nevada, addressed to:

W. West Allen, Esq.
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkway., Suite 1000
Las Vegas, Nevada 89169
*Attorneys for Defendant*

  X    by using the Court's CM/ECF Electronic Notification System addressed to:

W. West Allen, Esq.
Email: wwa@h2law.com

*Attorneys for Defendant*

____ by placing an original or true copy thereof in a sealed envelope for personal delivery/hand delivery of original addressed to:

____ by facsimile (fax) addressed to:

____ by Federal Express/UPS or other overnight delivery addressed to:

DATED: This 12 day of August, 2020.

          /s/Mary Carroll Davis          
Employee of Robison, Sharp, Sullivan & Brust